FILED
CLERK, U.S. DISTRICT COURT
OCT 24 2014
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)
           Plaintiff, ) CASE NO. 00-43-RT
)
      v. )
) ORDER OF DETENTION
Jonathan Wade Oeehsle )
) [Fed. R. Crim. P. 32.1(a)(6);
           Defendant. ) 18 U.S.C. § 3143 (a)]

## I.

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __CD CA__ for alleged violation(s) of the terms and conditions of his/her [~~probation~~] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.   (X)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on __IN CUSTODY ON UNDERLYING OFFENSE__

```
 1
 2  _____
 3  _____
 4      and/or
 5  B.  (X)  The defendant has not met his/her burden of establishing by clear and
 6      convincing evidence that he/she is not likely to pose a danger to the safety of
 7      any other person or the community if released under 18 U.S.C. § 3142(b) or
 8      (c). This finding is based on _____
 9      ____History of Bank Robberies._____
10  _____
11  _____
12  _____
13
14      IT IS THEREFORE ORDERED that the defendant be detained pending
15      further revocation proceedings.
16
17
18  Dated:  10/24/14
19
20                              _____
21                              MICHAEL R. WILNER
22                              UNITED STATES MAGISTRATE JUDGE
```